UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**ROBERT L. MONTGOMERY**                                                                **PLAINTIFF**

**v.**                                                                              **CIVIL ACTION NO. 3:09-CV-292-H**

**COMMONWEALTH OF KENTUCKY**                                                           **DEFENDANT**

### MEMORANDUM OPINION

Plaintiff filed a complaint under 42 U.S.C. § 1983 and an application to proceed without prepayment of fees. He lists his address in the complaint only as "city at large." A review of other recent actions filed by Plaintiff reveal that mailings sent to the addresses he listed in those actions also were returned by the U.S. Postal Service. In this situation, the Court will dismiss this action as neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). The Court will dismiss the case by separate order.

Date:

4412.009